# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.R.L.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF FULLERTON, *et al.*,<br><br>　　　　　　Defendants. | Case No. 8:21-CV-00929-FWS-JDE<br><br>**JUDGMENT** |

///

///

///

The court held oral argument on the Motion for Summary Judgment ("Motion") filed by Defendants City of Fullerton, Matthew Green, and Rene Valdes (collectively, "Defendants") on April 13, 2023, and thereafter took the Motion under submission. (Dkt. 59.) After full consideration of the papers, evidence, oral argument, and authorities submitted by the parties, as well as the briefs and any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an order **GRANTING** summary judgment for Defendants on each of Plaintiff A.R.L.'s ("Plaintiff") claims for excessive force under 42 U.S.C. § 1983; unconstitutional policy, practice, or custom under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 694 (1978); violation of due process under 42 U.S.C. § 1983; violation of California Civil Code § 52.1; battery; and negligence. (Dkt. 60.) Accordingly, the court finds that Defendants are entitled to judgment as a matter of law on all causes of action and claims asserted against them in this action. The court has considered Defendants' Proposed Judgment (Dkt. 61) and has not received any objections by Plaintiff to Defendants' Proposed Judgment. (*See generally* Dkt.)

In accordance with the court's summary judgment Order (Dkt. 60):

1. Final Judgment is entered in favor of Defendants and against Plaintiff on all claims asserted by Plaintiff against Defendants.

2. Any motion or application for costs made by Defendants must be filed in compliance with L. R. 54-2, *et seq*.

**IT IS SO ORDERED**.

Dated: August 15, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE